1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12 NORTHWEST ADMINISTRATORS, INC.,    )    NO.  C 09 0441 MMC
                                      )
13                                    )    ORDER TO CONTINUE CASE
                          Plaintiffs, )    MANAGEMENT CONFERENCE
14                                    )
           vs.                        )
15                                    )
   SAN FRANCISCO CHRYSLER JEEP, etc.  )
16                                    )
                                      )
17                       Defendant.   )
                                      )
18 _____)

19

20        IT IS ORDERED that the Case Management Conference in this
21 case set for May 15, 2009 is hereby continued to ~~July 24,~~ August 7, 2009 at 10:30 a.m. in
22 Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.
23 Dated: May 8, 2009
                                      _____
24                                    Honorable Maxine M. Chesney

25

26

27

28


ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE