```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL - STATE BAR #50246
220 Montgomery Street, Suite 303
San Francisco, California 94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., | ) | NO. C 09 0441 MMC |
| Plaintiffs, | ) | JUDGMENT PURSUANT TO STIPULATION |
| vs. | ) | |
| SAN FRANCISCO CHRYSLER JEEP, etc., | ) | |
| Defendant. | ) | |

    It appearing that Plaintiffs NORTHWEST ADMINISTRATORS, INC., and defendant, SRT AUTOMOTIVE, INC., a California corporation, doing business as SAN FRANCISCO CHRYSLER JEEP, INC., and erroneously named herein as SAN FRANCISCO CHRYSLER JEEP, a California corporation, have entered into a stipulation which provides for judgment against defendant in the amount of $2,813.47,

    IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs NORTHWEST ADMINISTRATORS, INC., have and recover judgment against SRT AUTOMOTIVE, INC., a California corporation, doing business as SAN FRANCISCO CHRYSLER JEEP, INC., and erroneously named herein as SAN FRANCISCO CHRYSLER JEEP, a California corporation, in the amount of

$2,813.47, which amount is composed of the following:

    a.   The balance of contributions due for the months of October and November 2008 in the amount of $2,005.34;

    b.   Liquidated damages for the months of October and November 2008 in the amount of $401.07;

    c.   Interest due pursuant to contract in the amount of $57.06; and

    d.   Costs of suit incurred in this matter in the amount of $350.00.

Dated: July 30, 2009

_____
Honorable Maxine M. Chesney

JUDGMENT PURSUANT TO STIPULATION    2