IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. C 09-0441 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR REFERENCE TO MAGISTRATE JUDGE FOR JUDGMENT DEBTOR EXAMINATION** |
| v. | |
| SAN FRANCISCO CHRYSLER JEEP, doing business as SF CJ GEM INC., a California Corporation, | |
| Defendant | |

Before the Court is plaintiff Northwest Administrators, Inc.'s Ex Parte Application for a reference to a Magistrate Judge for a Judgment Debtor Examination, filed September 21, 2009. To date, however, no application for such examination has been filed, and the Court declines to make the requested referral in the absence thereof. Accordingly, the above-referenced Ex Parte Application is hereby DENIED, without prejudice to plaintiff's refiling such application after plaintiff has filed an application for an order requiring the judgment debtor to appear for a post-judgment examination.

**IT IS SO ORDERED**.

Dated: September 24, 2009

MAXINE M. CHESNEY
United States District Judge