United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. C 09-0441 MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF NORTHWEST ADMINISTRATORS, INC.'S EX PARTE APPLICATION FOR ORDER TO APPEAR FOR JUDGMENT DEBTOR EXAMINATION** |
| v. | |
| SAN FRANCISCO CHRYSLER JEEP, doing business as SF CJ GEM, INC., | |
| Defendant | |
| / | |

Pursuant to Civil Local Rule 72-1, plaintiff Northwest Administrators, Inc.'s application for an order to appear for judgment debtor examination, filed September 30, 2009, is hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time, and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED**.

Dated: October 2, 2009

_____
MAXINE M. CHESNEY
United States District Judge