```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>            Plaintiffs,<br>   vs.<br>SAN FRANCISCO CHRYSLER JEEP, doing business as SF CJ GEM, INC., a California corporation<br><br>            Defendant. | NO. C 09 0441 MMC (EMC)<br><br>ORDER OF EXAMINATION |

To:  Robert Garusso, President of the Judgment Debtor
     San Francisco Chrysler Jeep.,
     36 Chilton Aveue
     San Carlos, CA 94070

  You the above named judgment debtor ARE HEREBY ORDERED to appear personally on December 8, 2009 at 9:00 a.m. at <u>450 Golden Gate Avenue, San Francisco, CA , 94102 Conference Room C, 15th Floor,</u> before the Magistrate Judge Edward M. Chen then and there to be examined on oath concerning your property or other matters material to the proceedings.

<u>ORDER OF EXAMINATION</u>                        1

1       You are ordered to bring with you the following documents:
2       1.   The corporation's bylaws, share register and minute
3  book;
4       2. Title documents to all equipment and vehicles of debtor;
5       3. All lists and schedules of rented, leased and owned
6  equipment of debtor;
7       4. Copies of all real property and personal property leases
8  wherein debtor is a party;
9       5.   Copies of all tax bills, deeds, contracts, deeds of
10 trust or deposit receipts relating to all real and personal property
11 in which any interest is held;
12      6.   Annual Financial Statements for 2009 and all monthly
13 financial statements for the same period;
14      7.   Federal tax returns for the last three years;
15      8.   All bank statements, deposit slips and canceled checks
16 for all accounts for 2009;
17      9.   The last tax return filed with the Franchise Tax Board;
18      10.  All accounts receivable lists generated by the Company
19 for 2008;
20      11.   Cash Disbursement Journals for 2009;
21      12.  All documents related to any loans to debtor or by
22 debtor by any present or former shareholders, officers or employees
23 of debtor;
24      13.  All documents related to any completed, pending or
25 failed sale of substantially all corporate assets during the last
26 three years.
27      14. All personal guarantees made by any officer, agent or
28 shareholder for the benefit of debtor.

ORDER OF EXAMINATION                      2

1  NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND
2 PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND
3 PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5 JUDGMENT CREDITOR IN THIS PROCEEDING.

6 Dated: October 29, 2009

7  _____
8  Magistrate Judge Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*

ORDER OF EXAMINATION                           3